■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAH BARSHAI, Also Known as BARSHAI ALLAH, Appellant.—Judgment, Supreme Court, New York County, rendered on September 7, 1977, unanimously affirmed, without prejudice to any post-conviction motion defendant may be advised to make based on a claim of ineffective representation by counsel.

(See *People v Brown,* 45 NY2d 852, 853-854.) No opinion. Concur—Sandler, J. P., Sullivan, Bloom, Lane and Silverman, JJ.